# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIMMY BARFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV18 |
| | ) | |
| V. | ) | |
| | ) | |
| BUCKS INC., and DOES 1-5 INCLUSIVE, | ) | ORDER |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on Plaintiff's Motion to Withdraw Motions and Orders for Clerk's Entry of Default. (Filing No. 12). The Clerk of Court entered a Clerk's Entry of Default against Defendant Cumming Food Mart on March 4, 2016. (Filing No. 10.) Plaintiff requests that the Entry of Default be set aside as to Defendant Cumming Food Mart because there was a misunderstanding between the parties regarding the answer deadline.

For good cause shown,

**IT IS ORDERED:**

1. Plaintiff's Motion to Withdraw Motions and Orders for Clerk's Entry of Default (Filing No. 12) is granted.

2. The Clerk's Entry of Default (Filing No. 10) is hereby set aside. Filing Nos. 8, 9, and 10 herein shall be stricken from the record.

**DATED March 14, 2016.**

                                           **BY THE COURT:**

                                           **S/ F.A. Gossett**
                                           **United States Magistrate Judge**