IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JIMMY BARFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | 8:16CV18 |
| | ) | |
| v. | ) | |
| | ) | |
| CUMING FOOD MART; BUCK'S INC., | ) | ORDER AND JUDGMENT |
| and DOES 1-5, INCLUSIVE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the joint stipulated dismissal with prejudice (Filing No. 31).  The Court finds the stipulation should be approved and adopted.  Accordingly,

IT IS ORDERED that this action is dismissed with prejudice, each party to bear its own attorney fees and costs.

DATED this 22nd day of February, 2017.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court